IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RUFINO D. GARCIA, | : |
| Plaintiff, | : Civil No. 15-6119-(RBK/KMW) |
| v. | : **ORDER** |
| MIDLAND FUNDING, LLC, | : |
| Defendant. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Defendant Midland Funding LLC's Motion to Compel Individual Arbitration (Doc. No. 29) and Motion to Seal (Doc. No. 34), and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued on this date;

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel Individual Arbitration is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that Defendant's Motion to Seal is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS HEREBY FURTHER ORDERED** that Documents 29-6 and 34-4 shall be **SEALED**.

**IT IS HEREBY FURTHER ORDERED** that Defendant shall publicly file a redacted version of the "Forward Flow Receivables Purchase Agreement" as described in the Court's Opinion issued on this date no later than **May 19, 2017**.

Dated:  05/05/2017                                                                        s/ Robert B. Kugler
                                                                                                    ROBERT B. KUGLER
                                                                                                    United State District Judge