# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-2104

Rufino Garcia v. Midland Funding LLC

(Originating Court No. 1-15-cv-06119)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), with prejudice and without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 10/13/2017

cc: John J. Hare, Esq.
    Shane Haselbarth, Esq.
    Christopher Markos, Esq.
    Michael J. Quirk, Esq.
    Andrew M. Schwartz, Esq.

**A True Copy**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.